UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Sonya Foster, Individually and on behalf of D. F., a minor, | ) ) ) | CASE NO. 1:24CV919 |
| Plaintiff(s), | ) ) ) | JUDGE PATRICIA A. GAUGHAN |
| vs. | ) ) | |
| Take-Two Interactive Software, Inc., et al., | ) ) ) | <u>ORDER OF RECUSAL</u> |
| Defendant(s). | ) | |

Pursuant to 28 U.S.C. §455(b)(4), this Court is disqualified from presiding over this case.

IT IS ORDERED that, pursuant to Local Rule 3.1 (b)(1), this case is returned to the Clerk of Court for reassignment to another judge by random lot.

/s/ Patricia A. Gaughan
PATRICIA A. GAUGHAN
United States District Judge

Dated :  5/28/24