# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SONYA FOSTER, individually and on behalf of D.F., a minor, | ) ) ) |
| Plaintiffs, | ) ) CASE NO. 1:24-CV-00919 ) ) JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) ) |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., *et al.* | ) ) ) |
| Defendants. | ) ) ) |

## NOTICE OF DISMISSAL OF
## DEFENDANTS TAKE-TWO INTERACTIVE SOFTWARE, INC., ROCKSTAR GAMES UK LIMITED F/K/A ROCKSTAR NORTH LIMITED AND DMA DESIGN LIMITED, ROCKSTAR GAMES, INC., PANIC BUTTON LLC, ACTIVISION BLIZZARD, INC., MICROSOFT CORPORATION, INFINITY WARD, INC., TREYARCH CORPORATION, SLEDGEHAMMER GAMES, INC., AND ELECTRONIC ARTS, INC.
## PURSUANT TO FRCP 41(a)(1)(A)(i)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sonya Foster, individually and on behalf of D.F., a minor, hereby voluntarily dismiss without prejudice the following Defendants: Take-Two Interactive Software, Inc.; Rockstar Games UK Limited f/k/a Rockstar North Limited and DMA Design Limited; Rockstar Games, Inc.; Panic Button LLC; Activision Blizzard, Inc.; Microsoft Corporation; Infinity Ward, Inc.; Treyarch Corporation; Sledgehammer Games Inc.; and Electronic Arts, Inc. from the above-captioned action.

Dated: August 22, 2024                                    **BULLOCK LEGAL GROUP LLC**

                                                          */s/ Breean Walas*
                                                          Breean "BW" Walas (PHV)

3350 Riverwood Pkwy, Suite 1900
Atlanta, GA 30339
Office: (833) 853-4258
Direct: (770) 758-9423
Fax: (833) 895-2022.
bwalas@bullocklegalgroup.com

**CONSTANT LEGAL GROUP**
Ryan J. Cavanaugh (0079996)
Constantine P. Venizelos (0078596)
Edward J. Kelley (0096082)
Michael P. Knopf (0102454)
737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ryan@constantllp.com
dean@constantllp.com
ed@constantllp.com
michael@constantllp.com

*Attorneys for Plaintiffs Sonya Foster, individually and on behalf of D.F., a minor*

## CERTIFICATE OF SERVICE

      I, Breean "BW" Walas, certify that on August 22, 2024, I electronically filed the foregoing *Notice of Dismissal of Defendants Take-Two Interactive Software, Inc., Rockstar Games UK Limited f/k/a Rockstar North Limited and DMA Design Limited, Rockstar Games, Inc., Panic Button LLC, Activision Blizzard Inc., Microsoft Corporation, Infinity Ward, Inc., Treyarch Corporation, Sledgehammer Games Inc., and Electronic Arts, Inc. Pursuant to FRCP 41(a)(1)(A)(i)* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for Defendants Panic Button LLC, Roblox Corporation, Activision Blizzard, Inc., Microsoft Corporation, Infinity Ward, Inc., Treyarch Corporation, Sledgehammer Games, Inc., Electronic Arts, Inc., and Sony Interactive Entertainment LLC.

      All other defendants have been served via electronic mail sent to their counsel as follows:

Karin G. Pagnanelli
Mitchell Silberberg & Knupp LLP
kgp@msk.com

*Counsel for Defendants Take-Two Interactive Software, Inc., Rockstar Games UK Limited f/k/a Rockstar North Limited and DMA Design Limited, and Rockstar Games, Inc.*


Allison L. Libeu
Hueston Hennigan LLP
alibeu@hueston.com

*Counsel for Defendants Epic Games, Inc. and Psyonix LLC*


                                          */s/ Breean Walas*
                                          Breean "BW" Walas