# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SONYA FOSTER, individually and on behalf of D.F., a minor, ) ) ) | CASE NO. 1:24-CV-00919 |
| Plaintiffs, ) ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. ) ) | |
| TAKE-TWO INTERACTIVE SOFTWARE, INC., *et al.* ) ) ) | |
| Defendants. ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FRCP 41(a)(1)(A)(i)

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Sonya Foster, individually and on behalf of D.F., a minor, hereby voluntarily dismisses without prejudice this action against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

Dated: September 10, 2024            **BULLOCK LEGAL GROUP LLC**

   */s/ Breean Walas*
Breean "BW" Walas (PHV)
3350 Riverwood Pkwy, Suite 1900
Atlanta, GA 30339
Office: (833) 853-4258
Direct: (770) 758-9423
Fax: (833) 895-2022.
bwalas@bullocklegalgroup.com

**CONSTANT LEGAL GROUP**
Ryan J. Cavanaugh (0079996)
Constantine P. Venizelos (0078596)
Edward J. Kelley (0096082)
Michael P. Knopf (0102454)

737 Bolivar Rd., Ste. 440
Cleveland, OH 44115
(216) 333-6707
(216) 274-9365 (facsimile)
ryan@constantllp.com
dean@constantllp.com
ed@constantllp.com
michael@constantllp.com

*Attorneys for Plaintiffs Sonya Foster,
individually and on behalf of D.F., a minor*

### CERTIFICATE OF SERVICE

I, Breean "BW" Walas, certify that on September 10, 2024, I electronically filed the foregoing *Notice of Voluntary Dismissal Without Prejudice Pursuant to FRCP 41(a)(1)(A)(i)* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties and counsel of record, and I served a copy of the same via electronic mail as follows:

Karin G. Pagnanelli
Mitchell Silberberg & Knupp LLP
kgp@msk.com

*Counsel for Defendants Take-Two Interactive Software, Inc., Rockstar Games UK Limited f/k/a Rockstar North Limited and DMA Design Limited, and Rockstar Games, Inc.*

Allison L. Libeu
Hueston Hennigan LLP
alibeu@hueston.com

*Counsel for Defendants Psyonix LLC*

Richard T. Johnson
Munger, Tolles & Olson
richard.johnson@mto.com

*Counsel for EA Sports and Electronic Arts-Tiburon*

/s/ Breean Walas
Breean "BW" Walas